# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

NOLA TOUCHE, on behalf of herself
and all others similarly situated,

    Plaintiff,

v.                                        Case No. 1:17-cv-259-RH-GRJ

BEST BUY STORES, LP (d/b/a BEST
BUY, GEEK SQUAD and MAGNOLIA
HOME THEATER),

    Defendant.
_____/

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant Best Buy Stores, L.P.,[1] pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Best Buy Stores, L.P. is a subsidiary of BBC Property Co. BBC Property Co. is a subsidiary of Best Buy Co., Inc. Best Buy Co., Inc. is a publicly held company which trades on the New York Stock Exchange under the symbol "BBY." Based solely on the filings made by our shareholders, no publicly held corporation owns 10% or more of Best Buy Co., Inc.'s stock as of September 30, 2017.

---

[1] Best Buy Stores, L.P. was improperly captioned as "Best Buy Stores, LP (d/b/a Best Buy, Geek Squad and Magnolia Home Theater)."

Respectfully submitted,

/s/ Lauren Millcarek
Suzanne E. Gilbert
Florida Bar No. 94048
suzanne.gilbert@hklaw.com
Lauren Millcarek
Florida Bar No. 100317
lauren.millcarek@hklaw.com
HOLLAND & KNIGHT LLP
200 South Orange Ave., Suite 2600
Orlando, FL 32801
(407) 425-8500

*Counsel for Best Buy Stores, L.P.*

Dated: December 15, 2017.

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, the foregoing was e-filed with the Clerk of the Court, which will electronically serve all counsel of record.

/s/ Lauren Millcarek
Lauren Millcarek