**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

NOLA TOUCHE

     VS                                     CASE NO.  1:17cv259-RH/GRJ

BEST BUY STORES, LP

**JUDGMENT**

This action was resolved on a motion to dismiss. It is ordered that the plaintiff

Nola Touche recover nothing on her claims against the defendant Best Buy Stores, LP.

The claims are dismissed on the merits.

JESSICA J. LYUBLANOVITS
CLERK OF COURT


February 14, 2018
DATE

s/ Cindy Markley
Deputy Clerk: Cindy Markley